IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| KAREN A. THERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 05-6007-HU |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

    Drew L. Johnson
    Kathryn Tassinari
    DREW L. JOHNSON P.C.
    1700 Valley River Drive
    Eugene, OR  97405

     Attorneys for Plaintiff

    Neil J. Evans
    Assistant United States Attorney
    1000 S.W. Third Avenue, Suite 600
    Portland, OR  97204-2902

    Franco L. Becia
    Michael McGaughran
    Office of the General Counsel
    SOCIAL SECURITY ADMINISTRATION
    701 Fifth Avenue
    Suite 2900 M/S 901
    Seattle, WA  98104-7075

      Attorneys for Defendant

JONES, Judge:

    Magistrate Judge Dennis James Hubel filed Findings and Recommendation (#8) on December 20, 2005, in the above-entitled case.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#8) dated December 19, 2005, in its entirety.  The Commissioner's final decision is affirmed and the case is dismissed.

    IT IS SO ORDERED.

    DATED this 8th day of March, 2006.

                                            /s/ Robert E. Jones
                                            ROBERT E. JONES
                                            United States District Judge